**STATE of Missouri, Respondent,**

v.

**George GRANDBERRY, Appellant.**

**No. WD 40697.**

Missouri Court of Appeals,
Western District.

May 29, 1990.

Daniel C. Miller, Sp. Public Defender, Gerald F. McGonagle, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, and Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Consolidated appeal from convictions of attempted first-degree robbery and armed criminal action, and from denial of Rule 29.15 motion for post-conviction relief.

Convictions affirmed pursuant to Rule 30.25(b); denial of post-conviction relief affirmed pursuant to Rule 84.16(b).